In the Matter of the Accounting of THOMAS DICKSON, as Executor of JOSEPH D. EDDY, Deceased, and as Surviving Partner of the Firm of DICKSON & EDDY.

THOMAS DICKSON, Individually and as Surviving Partner of the Firm of DICKSON & EDDY, Appellant; SALLY D. EDDY et al., Respondents.

Argued March 2, 1942; decided April 16, 1942.

*William Roberts* and *Victor T. Surrows* for appellant.

*Henry Alan Johnston* and *Edmund M. McCarthy* for respondents.

Appeal dismissed, without costs, on the ground that the order appealed from is an " interim " decree and does not finally determine the proceeding. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.